UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRISTOL COUNTY,<br>    Plaintiff,<br> v.<br><br>MERSCORP., INC., MORTGAGE<br>ELECTRONIC REGISTRATION SYSTEMS,<br>INC., BANK OF AMERICA, N.A., BAC<br>HOME LOANS SERVICING LP,<br>CITIBANK, N.A., CITIMORTGAGE, INC.,<br>GMAC MORTGAGE, LLC, JPMORGAN<br>CHASE BANK, N.A., STATE STREET<br>CORP., WELLS FARGO BANK, N.A. and<br>DOE CORPORATIONS 1-MMM,<br>    Defendants. | Case No. 12-cv-10778-JGD |

### NOTICE OF WITHDRAWAL OF APPEARANCE FOR DEFENDANT, GMAC MORTGAGE, LLC OF CHRISTOPHER M. WATERMAN

Please withdraw the appearance of Christopher M. Waterman of Demeo & Associates, P.C. for Defendant GMAC Mortgage, LLC in the above-entitled case.

Attorney Richard E. Briansky of Prince Lobel Tye LLP has filed his appearance for Defendant GMAC Mortgage, LLC simultaneously with this Withdrawal.

              Defendant,
              GMAC MORTGAGE, LLC
              By its attorneys,

              */s/ Christopher M. Waterman*
              Christopher M. Waterman, BBO# 641190
              Demeo & Associates, PC
              One Lewis Wharf
              Boston, MA 02110
              Tel: (617) 263-2600
              cwaterman@jdemeo.com

Dated: May 10, 2012

## CERTIFICATE OF SERVICE

    I, Richard E. Briansky, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via first-class mail to those indicated as non-registered participants on May 10, 2012.

*/s/ Richard E. Briansky*
Richard E. Briansky

#1519283