UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| **BRISTOL COUNTY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 12-cv-10778 |
| | ) |
| **MERSCORP, INC., et al,** | ) |
| | ) |
| Defendants. | ) |

NOTICE OF BANKRUPTCY
AND EFFECT OF AUTOMATIC STAY

Defendant and debtor, GMAC Mortgage, LLC ("Debtor"), by and through its undersigned counsel, in accordance and consistent with section 362(a) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), respectfully submit this Notice of Bankruptcy and Effect of Automatic Stay, and state as follows:

1. On May 14, 2012 (the "Petition Date"), Debtor and certain of its affiliates filed voluntary petitions (the "Petitions") under Chapter 11 of Title 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004-1408 (the "Bankruptcy Code").  The Debtor's case is jointly administered under the Chapter 11 Case for the Debtor Residential Capital, LLC, et al., which is indexed as case number 12-12020.

2. The "automatic stay" is codified in section 362 of the Bankruptcy Code.  Section 362(a), inter alia, operates as an automatic stay of: (i) the commencement or continuation of a "judicial, administrative, or other action or proceeding" against Debtor (11 U.S.C. § 362(a)(1)); (ii) acts to "obtain possession of property" of Debtor's estates (11 U.S.C. § 362(a)(3)); and (iii)

acts to "collect, assess, or recover a claim" against Debtor arising prior to the Petition Date (11 U.S.C. § 362(a)(6)).

3. The above-captioned action constitutes a "judicial, administrative, or other action or proceeding" against Debtor, an act to obtain possession of Debtor's property, and/or an act to collect or recover on a claim against Debtor.

4. Accordingly, the above-captioned lawsuit should be stayed pursuant to 11 U.S.C. § 362(a).

5. Any action taken by Plaintiff against Debtor without obtaining relief from the automatic stay from the Bankruptcy Court may be void ab initio and may result in finding of contempt against Plaintiff by the Bankruptcy Court. Debtor reserves and retains all of its statutory rights to seek relief in Bankruptcy Court from any action, judgment, order, or ruling entered in violation of the Automatic Stay.

Dated: May 17, 2012

Defendant and Debtor,

GMAC MORTGAGE, LLC

By Its Attorneys,

    /s/ Katherine Heid Harris
Katherine Heid Harris (BBO No. 658546)
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL  60606
Phone:  312-443-1713
Facsimile:  312-896-6713
E-Mail: kharris@lockelord.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above document was served upon the attorney of record for each other party through transmission of the Notice of Electronic Filing, pursuant to Local Rule 5.4, this 17th day of May 2012.

                                                        /s/ Katherine Heid Harris