UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRISTOL COUNTY,<br><br>      Plaintiff,<br><br>  v.<br><br>MERSCORP, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., BANK OF AMERICA, N.A., BAC HOME LOANS SERVICING LP, CITIBANK, N.A., CITIMORTGAGE, INC., GMAC MORTGAGE LLC, JPMORGAN CHASE BANK, N.A., STATE STREET CORP., WELLS FARGO BANK, N.A. AND DOE CORPORATIONS I-MMM,<br><br>      Defendants. | Civil Action No. 12-10778-NMG |

## NOTICE OF APPEARANCE OF THOMAS M. HEFFERON

Please enter the appearance of Thomas M. Hefferon as counsel for Defendants Bank of America, N.A. and Wells Fargo Bank, N.A in the above-captioned matter.

Dated: May 23, 2012

Respectfully submitted,

/s/ Thomas M. Hefferon
Thomas M. Hefferon (BBO #548289)
GOODWIN PROCTER LLP
901 New York Avenue., N.W.
Washington, DC 20001
Phone: (202) 346-4000
Fax: (202) 346-4444
thefferon@goodwinprocter.com

*Counsel for Defendants*
BANK OF AMERICA, N.A. and
WELLS FARGO BANK, N.A.

1

LIBA/2304955.1

## **CERTIFICATE OF SERVICE**

  I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 23, 2012.

                  ___/s/ Thomas M. Hefferon___