# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
BRISTOL COUNTY,

    Plaintiff,

  v.

MERSCORP, INC., MORTGAGE
ELECTRONIC REGISTRATION
SYSTEMS, INC., BANK OF AMERICA,
N.A., BAC HOME LOANS SERVICING
LP, CITIBANK, N.A., CITIMORTGAGE,
INC., GMAC MORTGAGE, LLC,
JPMORGAN CHASE BANK, N.A.,
STATE STREET CORP., WELLS FARGO
BANK, N.A. and DOE CORPORATIONS
I-MMM,

    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

C.A. No. 1:12-cv-10778-JGD

## NOTICE OF APPEARANCE

Please take notice that Anthony A. Bongiorno hereby enters his appearance of record on behalf of defendant State Street Corporation.

DATED: June 1, 2012

              Respectfully Submitted,

              /s/ Anthony A. Bongiorno
              Anthony A. Bongiorno (BBO #554356)
              McDermott Will & Emery LLP
              28 State Street
              Boston, Massachusetts 02109
              Tel:  (617) 535-4000
              Fax:  (617) 535-3800

              *Counsel for State Street Corporation*

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 1, 2012.

                                              /s/ Anthony A. Bongiorno
                                              Anthony A. Bongiorno

DM_US 35508814-1.066372.0015