# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
BRISTOL COUNTY,

          Plaintiff,

      v.

MERSCORP, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., BANK OF AMERICA, N.A., BAC HOME LOANS SERVICING LP, CITIBANK, N.A., CITIMORTGAGE, INC., GMAC MORTGAGE, LLC, JPMORGAN CHASE BANK, N.A., STATE STREET CORP., WELLS FARGO BANK, N.A. and DOE CORPORATIONS I-MMM,

          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

C.A. No. 1:12-cv-10778-JGD

## **NOTICE OF APPEARANCE**

Please take notice that Matthew A. Martel hereby enters his appearance of record on behalf of defendant State Street Corporation.

DATED:  June 1, 2012

                                        Respectfully Submitted,

                                        /s/ Matthew A. Martel
                                        Matthew A. Martel (BBO #641064)
                                        McDermott Will & Emery LLP
                                        28 State Street
                                        Boston, Massachusetts 02109
                                        Tel:  (617) 535-4000
                                        Fax:  (617) 535-3800

                                        *Counsel for State Street Corporation*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 1, 2012.

                                    /s/ Matthew A. Martel
                                    Matthew A. Martel

DM_US 35508802-1.066372.0015