# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BRISTOL COUNTY,

    Plaintiff,

  v.

MERSCORP, INC., MORTGAGE
ELECTRONIC REGISTRATION
SYSTEMS, INC., BANK OF AMERICA,
N.A., BAC HOME LOANS SERVICING
LP, CITIBANK, N.A., CITIMORTGAGE,
INC., GMAC MORTGAGE, LLC,
JPMORGAN CHASE BANK, N.A.,
STATE STREET CORP., WELLS FARGO
BANK, N.A. and DOE CORPORATIONS
I-MMM,

    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

C.A. No. 1:12-cv-10778-JGD

## **NOTICE OF APPEARANCE**

  Please take notice that Bridget K. O'Connell hereby enters her appearance of record on behalf of defendant State Street Corporation.

DATED: June 1, 2012

                 Respectfully Submitted,

                 /s/ Bridget K. O'Connell
                 Bridget O'Connell (BBO #676309)
                 McDermott Will & Emery LLP
                 28 State Street
                 Boston, Massachusetts 02109
                 Tel:  (617) 535-4000
                 Fax:  (617) 535-3800

                 *Counsel for State Street Corporation*

## **CERTIFICATE OF SERVICE**

   I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 1, 2012.

                /s/ Bridget K. O'Connell
                Bridget K. O'Connell

DM_US 35508900-1.066372.0015