IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BRISTOL COUNTY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MERSCORP, INC., MORTGAGE ) | |
| ELECTRONIC REGISTRATION ) | |
| SYSTEMS, INC., BANK OF AMERICA, ) | C.A. No. 12-10778-NMG |
| N.A., BAC HOME LOANS SERVICING ) | |
| LP, CITIBANK, N.A., CITIMORTGAGE, ) | |
| INC., GMAC MORTGAGE, LLC, ) | |
| JPMORGAN CHASE BANK, N.A., ) | |
| STATE STREET CORP., WELLS FARGO ) | |
| BANK, N.A. and DOE CORPORATIONS ) | |
| I-MMM, ) | |
| ) | |
| Defendants. ) | |

**CORPORATE DISCLOSURE STATEMENT FOR
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC. AND MERSCORP, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, defendants Mortgage Electronic Registration Systems, Inc. ("MERS"), and MERSCORP, Inc. n/k/a MERSCORP Holdings, Inc., hereby file their Corporate Disclosure Statement.

1. The parent corporation of MERS is MERSCORP Holdings, Inc.

2. There is no publicly held corporation owning 10% or more of MERS' stock.

3. MERSCORP Holdings, Inc. does not have a parent corporation.

-2-

4. The Federal Home Loan Mortgage Corporation and the Federal National Mortgage Association each own 10% or more of MERSCORP Holdings, Inc.'s stock.

>Respectfully submitted,
>
>MERSCORP HOLDINGS, INC. and
>MORTGAGE ELECTRONIC REGISTRATION
>   SYSTEMS, INC.
>
>*/s/ Jeffrey W. Moss*
>Jeffrey W. Moss, BBO# 552421
>Morgan, Lewis & Bockius LLP
>225 Franklin Street, 16th Floor
>Boston, Massachusetts   02110
>Tel:   617.341.7700
>Fax:   617.341.7701
>Email: jmoss@morganlewis.com

Dated:  June 1, 2012

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing ***Corporate Disclosure Statement for Mortgage Electronic Registration Systems, Inc. and MERSCORP, Inc.*** was sent *via* the CM/ECF system with the United States District Court for the District of Massachusetts to all Counsel of Record on June 1, 2012.


                                    */s/ Jeffrey W. Moss*

DB1/ 69964454.2